UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

                Plaintiff,

      -against-

ROWAN WILSON, Chief Judge NYS Court of
Appeals, et al.,

           Defendants.

26 CIVIL 03155 (GBD)

## CIVIL JUDGMENT

For the reasons stated in the April 21, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore informa pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

     SO ORDERED.

Dated:   April 23, 2026

        New York, New York

                          /s/ George B. Daniels
                          GEORGE B. DANIELS
                 United States District Judge